# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 9, 2016

154868 & (11)(30)(38)(47)(48)

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

DONALD J. TRUMP,
   Plaintiff-Appellant,

v

BOARD OF STATE CANVASSERS and
DIRECTOR OF ELECTIONS,
   Defendants-Appellees.

SC: 154868
COA: 335958

_____/

   On order of the Court, the motions for immediate consideration, to supplement, and for *pro hac vice* admission are GRANTED. The application for leave to appeal prior to decision by the Court of Appeals is considered, and it is DENIED as moot. The Court of Appeals issued the writ of mandamus on December 6, 2016, retaining jurisdiction. There is no further relief available to this appellant from this Court at this time.

   YOUNG, C.J., and LARSEN, J., not participating.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 9, 2016



Clerk

t1209